Patricia Haag, in pro se
8958 Edgeworth Place
Las Vegas, NV 89123

FILED ___RECEIVED
___ENTERED___SERVED ON
COUNSEL/PARTIES OF RECORD

2010 AUG 26  P 2: 56

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY_____DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

PATRICIA HAAG
EDUARDO HAAG
          Plaintiff(s)

vs.

BANK OF AMERICA HOME LOANS, INC.

MTC FINANCIAL, INC.

          Defendant(s)

Case No: 2:10-cv-01145-JCM-LRL

**MOTION TO STAY CIVIL PROCEEDINGS DUE TO BANKRUPTCY FILING**

COME NOW Plaintiffs, Patricia Haag and Eduardo Haag, to advise this Court of Bankruptcy filed on 4/03/2010 with the United States Bankruptcy Court, District of Nevada (case number 10-17200bam).

    Plaintiffs, due to the pending bankruptcy proceedings, prays for order to stay civil proceedings at United States District Court until bankruptcy stay has been lifted and the civil case is ready to proceed. Plaintiffs propose to file with this Court a Status Report within 90 days, to advise whether the bankruptcy stay has been lifted and the civil case may resume.

    Plaintiff, contemporaneously with this motion, files motion to extend time to file response to Defendants', Motions to Dismiss Case.

RESPECTFULLY SUBMITTED this 26th day of August, 2010

_____
Patricia Haag,  Eduardo Haag

IT IS SO ORDERED. /s/ Leavitt

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____ 10-12-10