J. CHRISTOPHER JORGENSEN, ESQ./#5382
MENG ZHONG, ESQ./#12145
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
(702) 949-8200
(702) 949-8398/fax

Attorneys for Defendants Mortgage Electronic
Registration Systems, Inc. and Bank of America
Home Loans Servicing, Inc. (erroneously named in
caption as Bank of America Home Loans, Inc.)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA HAAG; EDUARDO HAAG,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA HOME LOANS, INC., as successor-in-interest; MTC FINANCIAL, INC. dba TRUSTEE CORPS; FEDERAL HOME LOAN MORTGAGE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; et al.,<br><br>Defendants. | Case: 2:10-cv-01145-JCM-LRL<br><br>ORDER |

On March 21, 2011, a status conference was held. J. Christopher Jorgensen and Meng Zhong appearing on behalf of Defendants Bank of America Home Loans Servicing, LP (improperly named in caption as Bank of America Home Loans, Inc.) and Mortgage Electronic Registration Systems, Inc. (collectively "Defendants"); no appearance by Plaintiffs.

The Court having been informed that the bankruptcy stay has been lifted, and noting that no Opposition to Defendants' Motion to Dismiss [Dkt. #5] having been filed;

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss [Dkt. #5] is granted, with prejudice.

*[signature]*
U.S. DISTRICT COURT JUDGE
DATED: March 29, 2011

444762

1 | Respectfully submitted by:

2 | LEWIS AND ROCA LLP

4 | By _____
5 | J. CHRISTOPHER JORGENSEN, ESQ.
Attorneys for Defendants

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

444762