J. CHRISTOPHER JORGENSEN, ESQ.
STATE BAR NO. 5382
MENG ZHONG, ESQ.
STATE BAR NO. 12145
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV  89169
(702) 949-8200
(702) 949-8398/fax

*Attorneys for Defendants Mortgage
Electronic Registration Systems, Inc.
and Bank of America Home Loans
Servicing, Inc. (erroneously named in
caption as Bank of America Home Loans, Inc.)*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA HAAG; EDUARDO HAAG, | Case:  2:10-cv-01145-JCM-LRL |
| Plaintiffs, | |
| vs. | |
| BANK OF AMERICA HOME LOANS, INC., as successor-in-interest; MTC FINANCIAL, INC. dba TRUSTEE CORPS; FEDERAL HOME LOAN MORTGAGE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; et al., | **ORDER CANCELING LIS PENDENS** |
| Defendants. | |

This Court granted Defendants Bank of America Home Loans Servicing, LP (improperly named in caption as Bank of America Home Loans, Inc.) and Mortgage Electronic Registration Systems, Inc. (collectively "Defendants"), Motion to Dismiss on March 29, 2011 [Dkt. 19].

Defendants further request that the lis pendens currently recorded against the subject property by Plaintiffs Patrica Haag and Eduardo Haag ("Plaintiffs") be canceled.

The Court finds that Plaintiffs recorded a Notice of Pendency of Action ("Lis Pendens") on or about June 22, 2010, in Book No. 20100622 as Instrument No. 0000966 in the real property records maintained by the Clark County Recorder.

UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1.      IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the Lis Pendens is hereby cancelled, released, and expunged; and

2.      IT IS FURTHER ORDERED, ADJUDGED and DECREED that this order canceling the Lis Pendens has the same effect as an expungement of the original Lis Pendens; and

3.      IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

ENTERED this _____ day of April, 2011.
12th

By_____
UNITED STATES DISTRICT JUDGE

submitted by:

LEWIS AND ROCA LLP


By: /s/ J. Christopher Jorgensen
    J. CHRISTOPHER JORGENSEN, ESQ.
    MENG ZHONG, ESQ.
    3993 Howard Hughes Pkwy., Ste. 600
    Las Vegas, NV 89169

*Attorneys for Defendants*